IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SEVEN OAKS CONSTRUCTION,    )
LLC,                        )
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.
    v.                      )    2:11cv140-MHT
                            )        (WO)
TALBOT CONSTRUCTION, INC.,  )
and TRAVELERS CASUALTY AND  )
SURETY COMPANY, INC.,       )
                            )
    Defendants.             )
```

JUDGMENT AND INJUNCTION

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion to compel arbitration and stay judicial proceedings (Doc. No. 12), filed by defendant Talbot Construction, Inc. on March 4, 2011, is granted.

(2) Plaintiff Seven Oaks Construction, LLC is ENJOINED and RESTRAINED from failing forthwith

to arbitrate its claims against defendant Talbot Construction, Inc.

It is further ORDERED that costs are taxed against plaintiff Seven Oaks Construction, LLC, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.  This case still remains pending as the claims against defendant Travelers Casualty and Surety Company, Inc.

DONE, this the 6th day of April, 2011.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE