IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

SEVEN OAKS CONSTRUCTION,      )
LLC,                          )
                              )
    Plaintiff,                )
                              )      CIVIL ACTION NO.
    v.                        )        2:11cv140-MHT
                              )            (WO)
TALBOT CONSTRUCTION, INC.,    )
and TRAVELERS CASUALTY AND    )
SURETY COMPANY, INC.,         )
                              )
    Defendants.               )

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Surety Company, Inc.'s motion to dismiss (doc. no. 8) is granted.

(2) Defendant Surety Company, Inc. and the claims against it are dismissed, with plaintiff Seven Oaks Construction, LLC taking nothing by its complaint against defendant Surety Company, Inc.

It is further ORDERED that costs are taxed against plaintiff Seven Oaks Construction, LLC, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed in its entirety.

DONE, this the 28th day of March, 2012.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE